AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**ADR**

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services; an<br>Plaintiff<br>v.<br>OnlineNIC Inc.; and DOES 1-10<br>Defendant | ) ) ) ) ) ) | Civil Action No.<br>**C08 - 02832** |

## Summons in a Civil Action

To:        OnlineNic Inc.
           *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   David J. Steele
   CHRISTIE, PARKER & HALE, LLP
   3501 Jamboree Road, Suite 6000 - North Tower, Newport Beach, CA 92660

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/6/08

Richard W. Wieking
Name of clerk of court

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                    _____
                                                    Server's signature

                                                    _____
                                                    Printed name and title

                                                    _____
                                                    Server's address

ADR

AO 440 (Rev. 03/08) Civil Summons

E-FILING

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Verizon Calif. Inc.; Verizon Trademark Serv.; an | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| OnlineNIC Inc.; and DOES 1-10 | ) |
| Defendant | ) |

**Summons in a Civil Action**    **C08    02832**

To:        DOES 1-10
*(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

       David J. Steele
       CHRISTIE, PARKER & HALE, LLP
       3501 Jamboree Road, Suite 6000 - North Tower, Newport Beach, CA 92660

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                                    Richard W. Wieking
                                                                                                                                  Name of clerk of court

Date: 6/6/08

                                                                                                                                  Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .


Date: _____        _____
                                                         Server's signature

                                                         _____
                                                         Printed name and title


                                                         _____
                                                         Server's address