


1    DAVID J. STEELE, CA Bar No. 209797
     Email: david.steele@cph.com
2    CHRISTIE, PARKER & HALE, LLP
     3501 Jamboree Road, Suite 6000-North Tower
3    Newport Beach, CA 92660
     Telephone: (949) 476-0757
4    Facsimile: (949) 476-8640

5    HOWARD A. KROLL, CA Bar No. 100981
     Email: howard.kroll@cph.com
6    CHRISTIE, PARKER & HALE, LLP
     350 W. Colorado Boulevard, Suite 500
7    Pasadena, CA 91105
     Telephone: (626) 795-9900
8    Facsimile: (626) 577-8800

9    SARAH B. DEUTSCH (*pro hac vice* pending)
     Email: sarah.b.deutsch@verizon.com
10   VERIZON CORPORATE SERVICES CORP.
     1515 North Court House Road, Suite 500
11   Arlington, VA 22201
     Telephone: (703) 351-3044
12   Facsimile: (703) 351-3670

13   Attorneys for Plaintiffs
     VERIZON CALIFORNIA INC.
14   VERIZON TRADEMARK SERVICES LLC
     VERIZON LICENSING COMPANY

ORIGINAL FILED
JUN - 6 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

C08 02832
SC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>            Plaintiffs,<br><br>   vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>            Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs make the following statements:

      Verizon California Inc. is a wholly owned subsidiary of GTE Corporation, a New York corporation, with a principal business address in New York, New York. GTE Corporation is an

1  indirect wholly owned subsidiary of Verizon Communications Inc., a publicly traded company
2  and a Delaware corporation, with a principal business address in New York, New York. No
3  publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

4      Verizon Trademark Services LLC's sole member is Verizon Communications Inc., a
5  publicly traded company and a Delaware corporation, with a principal business address in New
6  York, New York. No publicly held corporation owns 10% or more of the stock of Verizon
7  Communications Inc.

8      Verizon Licensing Company is a wholly owned subsidiary of Verizon Communications
9  Inc., a publicly traded company and a Delaware corporation with a principal business address
10 in New York, New York. No publicly held corporation owns 10% or more of the stock of
11 Verizon Communications Inc.

12
13                                            CHRISTIE, PARKER & HALE, LLP
14 DATED: June 4, 2008              By /s/ David J. Steele
15                                            David J. Steele
                                              Howard A. Kroll
16
17                                            Attorneys for Plaintiffs
                                              VERIZON CALIFORNIA INC.
18                                            VERIZON TRADEMARK SERVICES LLC
                                              VERIZON LICENSING COMPANY
19
20 LLB IRV1114295.1-*-06/5/08 1:42 PM
21
22
23
24
25
26
27
28