Clerk's Use Only

Initial for fee pd.:

Sarah B. Deutsch
VERIZON CORPORATE SERVICES CORP.
1515 North Court House Road, Suite 500
Arlington, VA 22201
Tel.: (703) 351-3044

**FILED**

UNITED STATES DISTRICT COURT

2008 JUL -7 P 3:35

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Verizon California Inc.;
Verizon Trademark Services LLC;
and Verizon Licensing Company,

        Plaintiff(s,)

    v.

OnlineNIC, Inc.; and DOES 1-10,

        Defendant(s).

CASE NO. CV 08-02832 JF (PVT)

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, SARAH B. DEUTSCH, an active member in good standing of the bar of N.Y. Supreme Court Appellate Division/2nd Judicial Dept., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing PLAINTIFFS in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    David J. Steele, CHRISTIE, PARKER & HALE, LLP, 3501 Jamboree Road, Suite 6000-North Tower, Newport Beach, CA 92660; Tel.: (949) 476-0757

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2008

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003483
Cashier ID: harwell
Transaction Date: 07/07/2008
Payer Name: Christie Parker and Hale
------------------------------------
PRO HAC VICE
  For: Sarah B. Deutsch
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:        $210.00
------------------------------------
CHECK
  Check/Money Order Num: 20816
  Amt Tendered: $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

Case # 08-cv-02832-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```