RECEIVED
2008 JUL -7 PM 3:34
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

Verizon California Inc.;
Verizon Trademark Services LLC;
and Verizon Licensing Company,

Plaintiff(s),

v.

OnlineNIC, Inc.; and DOES 1-10,

Defendant(s).

CASE NO. CV 08-02832 JF (PVT)

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*** 

SARAH B. DEUTSCH, an active member in good standing of the bar of N.Y. Supreme Court Appellate Div/2nd Jud.Dept whose business address and telephone number (particular court to which applicant is admitted) is

Verizon Corporate Services Corp.
1515 North Court House Road, Suite 500
Arlington, VA 22201                    Tel.: (703) 351-3044

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFFS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge