1

DAVID J. STEELE, CA Bar No. 209797
Email: david.steele@cph.com

2

CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower

3

Newport Beach, CA 92660
Telephone: (949) 476-0757

4

Facsimile: (949) 476-8640

5

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com

6

CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500

7

Pasadena, CA 91105
Telephone: (626) 795-9900

8

Facsimile: (626) 577-8800

9

SARAH B. DEUTSCH (Admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com

10

VERIZON CORPORATE SERVICES CORP.
1515 North Court House Road, Suite 500

11

Arlington, VA 22201
Telephone: (703) 351-3044

12

Facsimile: (703) 351-3670

13

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.

14

VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

SAN JOSE DIVISION

19

VERIZON CALIFORNIA INC.;
VERIZON TRADEMARK SERVICES LLC;

20

and VERIZON LICENSING COMPANY,

21

Plaintiffs,

vs.

22

ONLINENIC INC.; and DOES 1-10,

23

Defendants.

24

25

26

27

28

Case No. CV 08-02832 JF

**DECLARATION OF JOSHUA T. CHU IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF DEFENDANT ONLINENIC INC. BY DELIVERY OF SUMMONS AND COMPLAINT TO CALIFORNIA SECRETARY OF STATE.**

**Hon. Jeremy Fogel**

1        I, Joshua T. Chu, declare as follows:

2        1.      I am an attorney with the law firm of Christie, Parker & Hale, LLP.  The matters set forth below are of my personal knowledge and, if called as a witness, I would testify competently to each of the following facts.

5        2.      In July 2008, I performed a business search on the California Secretary of State website (*http://kepler.sos.ca.gov/list.html*) for corporate information on file pertaining to Defendant OnlineNIC Inc. ("Defendant").

8        3.      Based on information on file with the California Secretary of State, Defendant is an active corporation in California and has been incorporated in California since October 1999.  Defendant's listed business address is 2315 26th Avenue, San Francisco, California, 94116.  Defendant's listed designated agent for service of process is Rex W. Liu, whose contact information was the same as the above 2315 26th Avenue address.  A printout of Defendant's corporate information available on the California Secretary of State website is attached to this Declaration as Exhibit A.

15        4.      In July 2008, a request was submitted to the California Secretary of State ordering Business Entities Records for Defendant.

17        5.      I received from the California Secretary of State the most recently updated annual Statement of Information of Defendant, dated January 8, 2004.  Officers of Defendant's corporation included chief executive officer Kevin Gong, and Rex W. Liu, listed as secretary, chief financial officer, and designated agent for service of process.  Kevin Gong and Rex W. Liu are also the only listed Directors of Defendant's corporation.  The main business address listed on the Statement of Information was 3435 Wilshire Boulevard, Los Angeles, California, 90010.  The remaining listed addresses, including contact information for both Kevin Gong and Rex W. Liu, matched the 2315 26th Avenue address listed above.  A copy of Defendant's Statement of Information is attached to this Declaration as Exhibit B.

26        6.      A query revealed that the 3435 Wilshire Boulevard address is a large office building in Los Angeles, California known as the Equitable Plaza Building.  There is no indication that Defendant's corporation is located at the 3435 Wilshire Boulevard address.

CHRISTIE, PARKER & HALE, LLP

1  Defendant's corporation is not listed as a tenant at the 3435 Wilshire Boulevard address, and
2  there is no information on Defendant's corporation on file at the 3435 Wilshire Boulevard
3  address.  In August 2008, I called the front desk of the Equitable Plaza Building at 213-383-
4  3435.  I was informed that there is no corporation currently doing business under the name
5  OnlineNIC Inc., the name of Defendant's corporation, at the 3435 Wilshire Boulevard address.

6       7.    In July 2008, I obtained information regarding an attempted service on
7  Defendant's designated agent, Rex W. Liu, at the 2315 26th Avenue address in San Francisco,
8  California.  I was informed that a professional process server had visited the 2315 26th Avenue
9  address to attempt service, and came upon a residential address.  I was further informed that the
10 professional process server was greeted at the 2315 26th Avenue address by a tenant who
11 indicated that she was renting the residence from Defendant's designated agent, Rex W. Liu,
12 whom she indicated was the owner of the residence.  I was further informed that the tenant
13 indicated that Rex W. Liu was no longer available at the 2315 26th Avenue address.

14      8.    An Internet search was performed to try and obtain more current contact
15 information for Defendant's corporation.  A "Support" page on the OnlineNIC website
16 (*http://www.onlinenic.com/support*) indicated that the current mailing address of Defendant's
17 corporation is 351 Embarcadero E., Oakland, California, 94606.  A printout of the OnlineNIC
18 Support page is attached to this Declaration as Exhibit C.

19      9.    In July 2008, I obtained information regarding a second attempted service on
20 Defendant's designated agent, Rex W. Liu, at the 351 Embarcadero E. address in Oakland,
21 California.  I was informed that the professional process server was again retained to attempt
22 the service.  I was informed that the professional process server had visited the 351
23 Embarcadero E. address, and came upon what appeared to be a warehouse housing two
24 separate businesses, a marine surveying business and a radiator retail store.  I was further
25 informed that the professional process server was greeted at the 351 Embarcadero E. address by
26 an individual who indicated that he was not Rex W. Liu, but that he would forward any
27 information or materials to Rex W. Liu.  I was further informed that the process server left a
28 copy of the summons and the complaint with the individual.  A copy of the service summary is

1   attached to this Declaration as Exhibit D.    There was no indication that Defendant's

2   corporation, OnlineNIC, was located at the 351 Embarcadero E. address, nor any indication

3   that Rex W. Liu was available at the address.

4       10.    In July 2008, I prepared a Waiver of Service of Summons form for Defendant

5   and mailed the form, along with a copy of the summons, the complaint, and related materials,

6   to both the 2315 26th Avenue address and the 351 Embarcadero E. address, via United States

7   Postal Service Express Mail. A copy of the waiver form included is attached to this Declaration

8   as Exhibit E.    A copy of the associated mailing labels and receipts for each of the above

9   mailings are attached to this Declaration as Exhibit F.

10      11.    In July 2008, a request for delivery information was submitted to the United

11  States Postal Service for both addresses.    Delivery information for the 2315 26th Avenue

12  address, the official address for Defendant listed with the California Secretary of State,

13  indicates that the mailing was signed by a Carrie Thorsd.    A copy of the delivery information

14  for the 2315 26th Avenue address is attached to this Declaration as Exhibit G.    Delivery

15  information for the 351 Embarcadero E. address, the unofficial mailing address for Defendant's

16  corporation found on the OnlineNIC website, indicates that the mailing was signed by a Rex

17  W. Liu.  A copy of the delivery information for the 351 Embarcadero E. address is attached to

18  this Declaration as Exhibit H.

19      12.    Attached as Exhibit I is a true and correct copy of California Code of Civil

20  Procedure §416.10 as printed from the Official California Legislative Information website

21  (available at http://www.leginfo.ca.gov/calaw.html).

22      13.    Attached as Exhibit J is a true and correct copy of California Corporations Code

23  §1702 as printed from the Official California Legislative Information website (available at

24  http://www.leginfo.ca.gov/calaw.html).

25      14.    Attached as Exhibit K is a true and correct copy of California Corporations

26  Code §1502 as printed from the Official California Legislative Information website (available

27  at http://www.leginfo.ca.gov/calaw.html).

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15.    Attached as Exhibit L is a true and correct copy of California Code of Civil Procedure §415.20 as printed from the Official California Legislative Information website (available at http://www.leginfo.ca.gov/calaw.html).

16.    Attached as Exhibit M is a true and correct copy of California Code of Civil Procedure §415.30 as printed from the Official California Legislative Information website (available at http://www.leginfo.ca.gov/calaw.html).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August 2008 in Newport Beach, California.

Joshua T. Chu

KMG IRV1114841.1-*-08/29/08 10:05 AM

Declaration of Joshua T. Chu re Service        - 5 -
Case No. CV 08-02832 JF

CHRISTIE, PARKER & HALE, LLP

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DECLARATION OF JOSHUA T. CHU IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF DEFENDANT ONLINENIC INC. BY DELIVERY OF SUMMONS AND COMPLAINT TO CALIFORNIA SECRETARY OF STATE** was served on the party(ies) in this action via facsimile, electronic mail, and first-class mail, postage prepaid, certified, return receipt, addressed as follows:

Rex W. Liu
ONLINENIC INC.
2315 26th Avenue
San Francisco, CA  94116

Rex W. Liu
ONLINENIC INC.
351 Embarcadero E.
Oakland, CA  94606

Fax:  1-510-769-8487
Email: cs-us@OnlineNIC.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 3, 2008 at Newport Beach, California.

_/s/ Linda L. Bolter_____

CHRISTIE, PARKER & HALE, LLP

# Exhibit A

California Business Search                                                                          Page 1 of 1

# California Business Portal

Exhibit A

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JUL 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ONLINENIC INC. | | |
| **Number:** C1939078 | **Date Filed:** 10/6/1999 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 2315 26TH AVE | | |
| SAN FRANCISCO, CA 94116 | | |
| **Agent for Service of Process** | | |
| REX W. LIU | | |
| 2315 26TH AVE. | | |
| SAN FRANCISCO, CA 94116 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C1939078&printer=yes                    7/16/2008

# Exhibit B



# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

**E-036511**

FILED
SACRAMENTO, CALIF.

Jan - 8 2004

*Kevin Shelley*

Kevin Shelley
Secretary of State

**FEES (Filing and Disclosure): $25.00.** ~~M~~

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME: (Please do not alter if name is preprinted.)

C1939078
ONLINENIC INC.

REX LIU
2315 26TH AVE.
SAN FRANCISCO, CA 94116

This Space For Filing Use Only

---

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code Section 1502)

2. ☐ CHECK IF THE CORPORATION IS PUBLICLY TRADED. IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). SEE ITEM 2 OF INSTRUCTIONS.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be PO Boxes.)

| | CITY AND STATE | ZIP CODE |
|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>3435 WILSHIRE BLVD.   LOS ANGELES,, CA  90010 | | |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>2315 26TH AVE.   SAN FRANCISCO, CA 94116 | | | |

| | CITY AND STATE | ZIP CODE |
|---|---|---|
| 5. MAILING ADDRESS<br>REX LIU 2315 26TH AVE.   SAN FRANCISCO, CA 94116 | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/<br>KEVIN   GONG | 2315 26TH AVE. | SAN FRANCISCO, CA 94116 | |
| 7. SECRETARY/<br>REX W. LIU | 2315 26TH AVE. | SAN FRANCISCO, CA 94116 | |
| 8. CHIEF FINANCIAL OFFICER/<br>REX W. LIU | 2315 26TH AVE. | SAN FRANCISCO, CA 94116 | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 9. NAME<br>KEVIN GONG | 2315 26TH AVE. | SAN FRANCISCO, CA 94116 | |
| 10. NAME<br>REX W. LIU | 2315 26TH AVE. | SAN FRANCISCO, CA 94116 | |
| 11. NAME | ADDRESS | CITY AND STATE | ZIP CODE |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

**AGENT FOR SERVICE OF PROCESS**
* If an individual, the agent must reside in California and Item 14 must be completed with a California address.
* If another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.

13. NAME OF AGENT FOR SERVICE OF PROCESS
REX W. LIU

| 14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL<br>2315 26TH AVE.   SAN FRANCISCO, CA 94116 | CITY | STATE | ZIP CODE |
|---|---|---|---|

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DOMAIN REGISTRAR & WEBHOSTING

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| REX W. LIU | | COO | | 01/08/2004 |
|---|---|---|---|---|
| TYPE OR PRINT NAME OF OFFICER OR AGENT | SIGNATURE | | | DATE |

| SO-200 C (REV 04/2003) | | | | APPROVED BY SECRETARY OF STATE |
|---|---|---|---|---|

Exhibit C

Wholesale domain registration and internet services -- OnlineNIC Inc.

Page 1 of 2

⌂ HOME    ⚲ WHOIS    ✛ HELP



::About Us::

**OnlineNIC LiveChat**

Member ID  [          ]  GO
Password   [          ]

Forgot Password    Join us

**OnlineNIC has implemented a forms based process that has the following benefits:**

Directs your email to the specific individual(s) best able to help with your question.
Online Knowledge base & FAQ system is convenient for effective and handy trouble shooting.
Integrated Live Support for real time trouble shooting.(Coming soon)
Helps us manage and improve our services and website.
Just login http://support.onlinenic.com , then you will experience a completely new trip.
**Note:** To better serve our much-valued customers, we categorize our customers into 3 **different regions**, namely Europe & Africa, America, Asia Pacific. To ensure that your requests will be handled timely and properly, please kindly select the right region you are in. Much appreciate your cooperation!

**Domain**

**Submit a question by logging in http://support.onlinenic.com**

| **Mailing Address** | **Phone** |
| --- | --- |
| OnlineNIC.com | (US) +1-510-769-8492 |
| 351 Embarcadero E. | > |
| Oakland, CA 94606 | **Fax** |
| USA | (US) +1-510-769-8487 |

**FAQ**

**SUPPORT**

**To contact us about our Wholesale Program**
Please e-mail: sales@onlinenic.com

**To contact our Support Team**
Please use the above online ticket system to submit your requrests as we will be cancelling support@onlinenic.com soon; if you prefer to send us an email, please use the following email addresses for different regions -->

| America | cs-us@OnlineNIC.com |
| Europe & Africa | cs-eu@OnlineNIC.com |
| Asia & Pacific | cs-ap@OnlineNIC.com |

**To contact our Complaint Centre**
OnlineNIC support team is always dedicated to offering our customers superior service. Any of complaint against our service is always welcome. With your help and supervision, we have confidence to constantly better our services. Please send your complaints to: complaints@onlinenic.com

**To send OnlineNIC your Suggestions and Comments**
Any of your suggestions and comments means much to us, please send your valuable suggestions and comments to: feedback@onlinenic.com

Exhibit C
Page 8

Wholesale domain registration and internet services -- OnlineNIC Inc.



1998-2006 OnlineNIC is an accredited ICANN registrar.
Please read our Disclaimer Privacy statement, Service Terms, and Dispute Policy

Exhibit C
Page 9

# Exhibit D

CASE NAME ___VERIZON V. ONLINENIC_____

CASE NUMBER__C 08 02832_____

AO 88 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and Complaint* was made by me1 | DATE |
|---|---|
| | 6/27/2008 1:46 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jason Smith | PROCESS SERVER 1170/SANTA CLARA |

*Check one box below to indicate appropriate method of service*

DEFENDANT:  ONLINENIC, , INC.

☐ Served personally upon the defendant. Place where served:
351 EMBARCADERO, OAKLAND, CA  94606
_____

☒ Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.          "JOHN DOE", REFUSED NAME, PERSON IN
Name of person with whom the summons and complaint were left: CHARGE (Hisp Male, 5'10", 180 lbs.,
                                                                                    25

☐ Returned unexecuted:_____

_____

_____

☐ Other  (specify) :_____

_____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | $390.00 | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/3/2008_____          _____
                          DATE                              SIGNATURE OF SERVER


O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

17717

Exhibit D
Page 10

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
For the Northern District of California
San Jose Division
Case No. CV-08-2832-JF

List of Documents Served on Defendant
(OnlineNIC, Inc.)


1.    Summons

2.    Civil Cover Sheet

3.    Report on the Filing or Determination of an Action Regarding a Patent
      or Trademark (AO-120)

4.    Complaint with Exhibits 1-19

5.    Corporate Disclosure Statement

6.    Welcome to the U.S. District Court, San Francisco (Packet)

7.    Consenting To A Magistrate Judge's Jurisdicion In
      The Northern District of California

8.    Order Setting Initial Case Management Conference and ADR
      Deadlines (DE 2)

9.    United States District Court Northern District of California
      Order Setting Case Management Conference (DE 2-2)

10.   Standing Order For All Judges Of The Northern District Of California
      Contents of Joint Case Management Statement (DE 2-3)

11.   Order of Recusal (Judge Samuel Conti) (DE 6)

12.   Reassignment Order (Judge Jeremy Fogel) DE 7

13.   Clerk's Notice Setting Case Management Conference (DE 8)

14.   Standing Order Regarding Case Management in Civil Cases
      for Judge Jeremy Fogel

15.   Standing Order Re Pretrial Preparation for Judge Jeremy Fogel

# Exhibit E

AO 399  (Rev. 10/95)

Clear Form

# WAIVER OF SERVICE OF SUMMONS

TO:  David J. Steele, CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000
Newport Beach, CA  92660          (949) 476-0757

I, _____ OnlineNic Inc. _____ , acknowledge receipt of your request
                         (DEFENDANT NAME)

that I waive service of summons in the action of _____ Verizon California Inc., et al. v. OnlineNic, Inc. _____ ,
                                                              (CAPTION OF ACTION)

which is case number _____ CV 08-02832 JF _____ in the United States District Court
                                      (DOCKET NUMBER)

for the Northern District of California.

I have also received a copy of the complaint in the action, two copies of this instrument, and a
means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process
in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or
to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)
if an

answer or motion under Rule 12 is not served upon you within 60 days
after                                                    July 16, 2008
                                                    (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____                        _____
        (DATE)                                    (SIGNATURE)

                    Printed/Typed Name: _____ Rex W. Liu _____

                    As __ Agent for Service of Process __ of __ OnlineNIC, Inc. __
                              (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of the service of the summons
and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States
to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and
return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought
in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives
service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later
object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff)
a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time,
a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had
been actually served when the request for waiver of service was received.

Exhibit E
Page 12

016H2651I427

$00.420

Mailed From 92660
US POSTAGE

Hasler

David J. Steele, Esq.
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road
Suite 6000 - North Tower
Newport Beach, CA 92660

CHRISTIE | PARKER | HALE LLP
Leaders in Intellectual Property Law & Complex Litigation

3501 Jamboree Road, Suite 6000
Newport Beach, CA 92660-2960

Exhibit E
Page 13

Exhibit F



EXPRESS
MAIL
UNITED STATES POSTAL SERVICE®

Post Office To Addressee

Mailing Label
Label 11-F, April 2004

EV 821991150 US

FROM: (PLEASE PRINT)    PHONE ( 949 ) 823-3256

CHRISTIE PARKER & HALE
3501 JAMBOREE RD STE 6000
NEWPORT BEACH    CA 92660-2930

V268:70.3*87DJS/11b

TO: (PLEASE PRINT)    PHONE ( )

Rex W. Liu
ONLINENIC INC.
2315 26th Ave.
San Francisco, CA  94116

www.usps.gov

L SERVICE™

KING CALL 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES.

ELY URGENT

EXPRESS
MAIL
ES POSTAL SERVICE

OR TRACKING CALL 1-800-222-1811

016H26511427
$ 43.250
07/22/2008
Mailed From 92660
US POSTAGE

Hasler

www.usps.gov

EXPRESS
MAIL
UNITED STATES POSTAL SERVICE

Mailing Label
Label 11-F, April 2004

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code

Date Accepted

Mo.    Day    Year
Time Accepted

Day of Delivery
☐ Next  ☐ 2nd  ☐ 2nd Del. Day

Scheduled Date of Delivery
Month    Day

Scheduled Time of Delivery
☐ Noon  ☐ 3 PM

Postage
$

Return Receipt Fee

COD Fee    Insurance Fee

DELIVERY (POSTAL USE ONLY)
Delivery Attempt    Time    ☐ AM  ☐ PM
Mo.    Day

Delivery Attempt    Time    ☐ AM  ☐ PM
Mo.    Day

Delivery Date    Time    ☐ AM  ☐ PM

Employee Signature

Employee Signature

Employee Signature

Exhibit F
e 15

EP-13C    DECEMBER 1997

Tyvek® 25% Post Consumer Content

www.usps.gov

AL SERVICE™

CKING CALL 1-800-222-1811

HOW

PRESS HARD, YOU ARE MAKING 3 COPIES.

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Mailing Label
Label 11-F, April 2004

Post Office To Addressee

EV 821946177 US

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt
Mo.  Day    Time    □ AM  □ PM    Employee Signature

Delivery Attempt
Mo.  Day    Time    □ AM  □ PM    Employee Signature

Delivery Date
Mo.  Day    Time    □ AM  □ PM    Employee Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Day of Delivery
□ Next  □ 2nd  □ 2nd Del. Day

Scheduled Date of Delivery
Month    Day

Date Accepted
Mo.  Day  Year

Scheduled Time of Delivery
□ Noon  □ 3 PM

Time Accepted  □ AM  □ PM

Military
□ 2nd Day  □ 3rd Day

Flat Rate □ or Weight
___ lbs. ___ ozs.

Int'l Alpha Country Code

Postage    $

Return Receipt Fee

COD Fee    Insurance Fee    $

Total Postage & Fees    $

Acceptance Emp. Initials

X911024

**METHOD OF PAYMENT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM: (PLEASE PRINT)** PHONE: 949  823-3256

CHRISTIE PARKER & HALE
3501 JAMBOREE RD STE 6000
NEWPORT BEACH  CA 92660-2960

V268:70.3#8/DJS/11b

**TO: (PLEASE PRINT)** PHONE 510  832-0200

Rex W. Liu
ONLINENIC INC.
351 Embarcadero E.
Oakland, CA  94606

FOR PICKUP OR TRACKING: Visit **WWW.USPS.COM**  or  Call 1-800-222-1811

Exhibit F
Page 16



Hasler  016H26511427

**$39.55⁰**

07/16/2008

Mailed From 92660

**US POSTAGE**



www.usps.gov

*-800-222-1811*

Tyvek ® 25% Post Consumer Content



EV 821996177 US

DECEMBER 1997

EP-13C



**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

**Mailing Label**
Label 11-F, April 2004

**Post Office To Addressee**

| N (POSTAL SERVICE USE ONLY) | | DELIVERY (POSTAL USE ONLY) | |
|---|---|---|---|
| ode | Day of Delivery | Postage | Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ | Mo. Day | | | |
| pted | Scheduled Date of Delivery | Return Receipt Fee | Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| | Month Day | $ | Mo. Day | | | |
| ay Year | Scheduled Time of Delivery | COD Fee | Insurance Fee | Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| pted ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | $ | $ | Mo. Day | | | |
| | Military | Total Postage & Fees | | | | |
| ₋ or Weight | ☐ 2nd Day ☐ 3rd Day | $ | | | | |
| ₋ ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials | | | | |

USE ONLY
PAYMENT:
orporate Acct. No.    X911024

Federal Agency Acct. No. or
Postal Service Acct. No.

(PLEASE PRINT)   PHONE 949 , 823-3256

ISTIE PARKER & HALE
1 JAMBOREE RD STE 6000
PORT BEACH        CA 92660-2960

8:70.3*8/DJS/11b

TO: (PLEASE PRINT)   PHONE 510 , 832-0200

Rex W. Liu
ONLINENIC INC.
351 Embarcadero E.
Oakland, CA    94606

Exhibit F
Page 17

P 12

94/

KUP OR TRACKING: Visit **www.usps.com** or Call 1-800-222-1811    

```
      SANTA ANA P&DC WINDOW
      SANTA ANA, California
         927999998
         0569390115 -0092
07/16/2008   (800)275-8777    06:45:34 PM

                Sales Receipt
Product          Sale  Unit       Final
Description      Qty   Price       Price

SAN FRANCISCO CA 94116            $39.55
Zone-4 Express Mail
PO-Add
5 lb. 15.00 oz.
  Label #:       EV821996185US
  2nd Day Noon   / Normal Delivery
  Customer Postage              -$39.55
  Subtotal:                       $0.00
                                --------
  Issue PVI:                      $0.00

OAKLAND CA 94606 Zone-4           $39.55
Express Mail PO-Add
5 lb. 14.80 oz.
  Label #:       EV821996177US
  2nd Day Noon   / Normal Delivery
  Customer Postage              -$39.55
  Subtotal:                       $0.00
                                --------
  Issue PVI:                      $0.00


Total:                            $0.00

Paid by:

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000803253995
Clerk: 08

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.
*****************************************
*****************************************
         PICK UP A FREE
       RECYCLING ENVELOPE
Take an envelope to recycle your inkjet
cartridge, cell phone or small electronics
           free of charge!
*****************************************
*****************************************

*****************************************
*****************************************
       HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
*****************************************
*****************************************


           Customer Copy
```



```
          SANTA ANA P&DC WINDOW
          SANTA ANA, California
              927999998
          0569390115 -0092
07/16/2008   (800)275-8777    06:45:34 PM
```

```
               Sales Receipt
Product         Sale  Unit        Final
Description      Qty  Price        Price

SAN FRANCISCO CA 94116             $39.55
Zone-4 Express Mail
PO-Add
5 lb. 15.00 oz.
  Label #:       EV821996185US
2nd Day Noon    / Normal Delivery
Customer Postage                  -$39.55
  Subtotal:                         $0.00
                                 ---------
  Issue PVI:                        $0.00


OAKLAND CA 94606 Zone-4            $39.55
Express Mail PO-Add
5 lb. 14.80 oz.
  Label #:       EV821996177US
2nd Day Noon    / Normal Delivery
Customer Postage                  -$39.55
  Subtotal:                         $0.00
                                 ---------
  Issue PVI:                        $0.00
                                 =========
Total:                              $0.00

Paid by:

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000803253995
Clerk: 08

  All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
*********************************************
*********************************************
           PICK UP A FREE
          RECYCLING ENVELOPE
   Take an envelope to recycle your inkjet
  cartridge, cell phone or small electronics
              free of charge!
*********************************************
*********************************************

*********************************************
*********************************************
         HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*********************************************
*********************************************


             Customer Copy
```

