Exhibit G


**UNITED STATES**
**POSTAL SERVICE.**

Date: 07/30/2008

Linda Bolter:

The following is in response to your 07/30/2008 request for delivery information on your Express Mail item number EV82 1996 150U S. The delivery record shows that this item was delivered on 07/23/2008 at 11:09 AM in SAN FRANCISCO, CA 94116 to C THORSD. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Exhibit G
Page 20


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EV82 1996 150U S**
Status: **Delivered**

Your item was delivered at 11:09 AM on July 23, 2008 in SAN
FRANCISCO, CA 94116. The item was signed for by C THORSD.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map    Contact Us    Forms    Govt Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit G
Page 21



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EV82 1996 150U S**
Detailed Results:

- **Delivered, July 23, 2008, 11:09 am, SAN FRANCISCO, CA 94116**
- **Arrival at Unit, July 23, 2008, 7:46 am, SAN FRANCISCO, CA 94116**
- **Processed, July 23, 2008, 12:09 am, SAN FRANCISCO, CA 94128**
- **Processed, July 22, 2008, 7:52 pm, LONG BEACH, CA 90809**
- **Acceptance, July 22, 2008, 7:30 pm, LONG BEACH, CA 90809**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit G
Page 22

# Exhibit H

 **UNITED STATES POSTAL SERVICE.**

Date: 07/22/2008

Linda Bolter:

The following is in response to your 07/22/2008 request for delivery information on your Express Mail item number EV82 1996 177U S. The delivery record shows that this item was delivered on 07/17/2008 at 11:23 AM in OAKLAND, CA 94606 to R LIU. The scanned image of the recipient information is provided below.

Signature of Recipient:    

Address of Recipient:    

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EV82 1996 177U S**
Status: **Delivered**

Your item was delivered at 11:23 AM on July 17, 2008 in OAKLAND, CA 94606. The item was signed for by R LIU.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

|

( Go > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit H
Page 24


**UNITED STATES
POSTAL SERVICE**®

Track & Confirm      FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EV82 1996 177U S**
Detailed Results:

- **Delivered, July 17, 2008, 11:23 am, OAKLAND, CA 94606**
- **Arrival at Unit, July 17, 2008, 5:37 am, OAKLAND, CA 94612**
- **Processed, July 17, 2008, 2:49 am, OAKLAND, CA 94615**
- **Acceptance, July 16, 2008, 6:44 pm, SANTA ANA, CA 92799**
- **Processed, July 16, 2008, 6:03 pm, SANTA ANA, CA 92799**

( < Back )              ( Return to USPS.com Home > )

Track & Confirm
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit H
Page 25

# Exhibit I

Case 5:08-cv-02832-JF     Document 14-3     Filed 09/03/2008     Page 2 of 2

# CODE OF CIVIL PROCEDURE
# SECTION 416.10-416.90

416.10.  A summons may be served on a corporation by delivering a copy of the summons and the complaint by any of the following methods:
    (a) To the person designated as agent for service of process as provided by any provision in Section 202, 1502, 2105, or 2107 of the Corporations Code (or Sections 3301 to 3303, inclusive, or Sections 6500 to 6504, inclusive, of the Corporations Code, as in effect on December 31, 1976, with respect to corporations to which they remain applicable).
    (b) To the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general manager, or a person authorized by the corporation to receive service of process.
    (c) If the corporation is a bank, to a cashier or assistant cashier or to a person specified in subdivision (a) or (b).
    (d) If authorized by any provision in Section 1701, 1702, 2110, or 2111 of the Corporations Code (or Sections 3301 to 3303, inclusive, or Sections 6500 to 6504, inclusive, of the Corporations Code, as in effect on December 31, 1976, with respect to corporations to which they remain applicable), as provided by that provision.


416.20.  A summons may be served on a corporation that has forfeited its charter or right to do business, or has dissolved, by delivering a copy of the summons and of the complaint:
    (a) To a person who is a trustee of the corporation and of its stockholders or members; or
    (b) When authorized by any provision in Sections 2011 or 2114 of the Corporations Code (or Sections 3301 to 3303, inclusive, or Sections 6500 to 6504, inclusive, of the Corporations Code as in effect on December 31, 1976, with respect to corporations to which they remain applicable), as provided by such provision.


416.30.  A summons may be served on a joint stock company or association by delivering a copy of the summons and of the complaint as provided by Section 416.10 or 416.20.


416.40.  A summons may be served on an unincorporated association (including a partnership) by delivering a copy of the summons and of the complaint:
    (a) If the association is a general or limited partnership, to the person designated as agent for service of process in a statement filed with the Secretary of State or to a general partner or the general manager of the partnership;
    (b) If the association is not a general or limited partnership, to the person designated as agent for service of process in a statement filed with the Secretary of State or to the president or other head

Exhibit I
Page 26

Exhibit J

# CORPORATIONS CODE
## SECTION 1700-1702

1700.  In addition to the provisions of Chapter 4 (commencing with Section 413.  10) of Title 5 of Part 2 of the Code of Civil Procedure, process may be served upon domestic corporations as provided in this chapter.

1701.  Delivery by hand of a copy of any process against the corporation (a) to any natural person designated by it as agent or (b), if a corporate agent has been designated, to any person named in the latest certificate of the corporate agent filed pursuant to Section 1505 at the office of such corporate agent shall constitute valid service on the corporation.

1702.  (a) If an agent for the purpose of service of process has resigned and has not been replaced or if the agent designated cannot with reasonable diligence be found at the address designated for personally delivering the process, or if no agent has been designated, and it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent by hand in the manner provided in Section 415.10, subdivision (a) of Section 415.20 or subdivision (a) of Section 415.30 of the Code of Civil Procedure or upon the corporation in the manner provided in subdivision (a), (b) or (c) of Section 416.10 or subdivision (a) of Section 416.20 of the Code of Civil Procedure, the court may make an order that the service be made upon the corporation by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service.  Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.
   (b) Upon the receipt of any such copy of process and the fee therefor, the Secretary of State shall give notice of the service of the process to the corporation at its principal executive office, by forwarding to such office, by registered mail with request for return receipt, the copy of the process or, if the records of the Secretary of State do not disclose an address for its principal executive office, by forwarding such copy in the same manner to the last designated agent for service of process who has not resigned.· If the agent for service of process has resigned and has not been replaced and the records of the Secretary of State do not disclose an address for its principal executive office, no action need be taken by the Secretary of State.
   (c) The Secretary of State shall keep a record of all process served upon the Secretary of State under this chapter and shall record therein the time of service and the Secretary of State's action with reference thereto.  The certificate of the Secretary of State, under the Secretary of State's official seal, certifying to the receipt of process, the giving of notice thereof to the

Exhibit J
Page 27

corporation and the forwarding of such process pursuant to this section, shall be competent and prima facie evidence of the matters stated therein.

(d) The court order pursuant to subdivision (a) that service of process be made upon the corporation by delivery to the Secretary of State may be a court order of a court of another state, or of any federal court if the suit, action, or proceeding has been filed in that court.

Exhibit J
Page 28

Exhibit K

superior court of the proper county shall enforce the duty of making and mailing or delivering the information and financial statements required by this section and, for good cause shown, may extend the time therefor.

(f) In any action or proceeding under this section, if the court finds the failure of the corporation to comply with the requirements of this section to have been without justification, the court may award an amount sufficient to reimburse the shareholder for the reasonable expenses incurred by the shareholder, including attorney's fees, in connection with the action or proceeding.

(g) This section applies to any domestic corporation and also to a foreign corporation having its principal executive office in this state or customarily holding meetings of its board in this state.


1502.  (a) Every corporation shall file, within 90 days after the filing of its original articles and annually thereafter during the applicable filing period, on a form prescribed by the Secretary of State, a statement containing all of the following:

(1) The names and complete business or residence addresses of its incumbent directors.

(2) The number of vacancies on the board, if any.

(3) The names and complete business or residence addresses of its chief executive officer, secretary, and chief financial officer.

(4) The street address of its principal executive office.

(5) The mailing address of the corporation, if different from the street address of its principal executive office.

(6) If the address of its principal executive office is not in this state, the street address of its principal business office in this state, if any.

(7) A statement of the general type of business that constitutes the principal business activity of the corporation (for example, manufacturer of aircraft; wholesale liquor distributor; or retail department store).

(b) The statement required by subdivision (a) shall also designate, as the agent of the corporation for the purpose of service of process, a natural person residing in this state or a corporation that has complied with Section 1505 and whose capacity to act as an agent has not terminated. If a natural person is designated, the statement shall set forth that person's complete business or residence street address. If a corporate agent is designated, no address for it shall be set forth.

(c) If there has been no change in the information in the last filed statement of the corporation on file in the Secretary of State's office, the corporation may, in lieu of filing the statement required by subdivisions (a) and (b), advise the Secretary of State, on a form prescribed by the Secretary of State, that no changes in the required information have occurred during the applicable filing period.

(d) For the purposes of this section, the applicable filing period for a corporation shall be the calendar month during which its original articles were filed and the immediately preceding five calendar months.  The Secretary of State shall mail a notice for compliance with this section to each corporation approximately three months prior to the close of the applicable filing period. The notice shall state the due date for compliance and shall be mailed to the last address of the corporation according to the records of the Secretary of State. The failure of the corporation to receive the

Exhibit K
Page 29

notice is not an excuse for failure to comply with this section.

(e) Whenever any of the information required by subdivision (a) is changed, the corporation may file a current statement containing all the information required by subdivisions (a) and (b). In order to change its agent for service of process or the address of the agent, the corporation must file a current statement containing all the information required by subdivisions (a) and (b). Whenever any statement is filed pursuant to this section, it supersedes any previously filed statement and the statement in the articles as to the agent for service of process and the address of the agent.

(f) The Secretary of State may destroy or otherwise dispose of any statement filed pursuant to this section after it has been superseded by the filing of a new statement.

(g) This section shall not be construed to place any person dealing with the corporation on notice of, or under any duty to inquire about, the existence or content of a statement filed pursuant to this section.

(h) The statement required by subdivision (a) shall be available and open to the public for inspection. The Secretary of State shall provide access to all information contained in this statement by means of an online database.

(i) In addition to any other fees required, a corporation shall pay a five-dollar ($5) disclosure fee when filing the statement required by subdivision (a). One-half of the fee shall be utilized to further the provisions of this section, including the development and maintenance of the online database required by subdivision (h), and one-half shall be deposited into the Victims of Corporate Fraud Compensation Fund established in Section 1502.5.

(j) A corporation shall certify that the information it provides pursuant to subdivisions (a) and (b) is true and correct. No claim may be made against the state for inaccurate information contained in the statements.


1502.1.  (a) In addition to the statement required pursuant to Section 1502, every publicly traded corporation shall file annually, within 150 days after the end of its fiscal year, a statement, on a form prescribed by the Secretary of State, that includes all of the following information:

(1) The name of the independent auditor that prepared the most recent auditor's report on the corporation's annual financial statements.

(2) A description of other services, if any, performed for the corporation during its two most recent fiscal years and the period between the end of its most recent fiscal year and the date of the statement by the foregoing independent auditor, by its parent corporation, or by a subsidiary or corporate affiliate of the independent auditor or its parent corporation.

(3) The name of the independent auditor employed by the corporation on the date of the statement, if different from the independent auditor listed pursuant to paragraph (1).

(4) The compensation for the most recent fiscal year of the corporation paid to each member of the board of directors and paid to each of the five most highly compensated executive officers of the corporation who are not members of the board of directors, including the number of any shares issued, options for shares granted, and similar equity-based compensation granted to each of those persons. If the chief executive officer is not among the five most highly compensated executive officers of the corporation, the compensation

# Exhibit L

# CODE OF CIVIL PROCEDURE
# SECTION 415.10-415.95

.

415.10.  A summons may be served by personal delivery of a copy of
the summons and of the complaint to the person to be served.  Service
of a summons in this manner is deemed complete at the time of such
delivery.
    The date upon which personal delivery is made shall be entered on
or affixed to the face of the copy of the summons at the time of its
delivery.  However, service of a summons without such date shall be
valid and effective.


415.20.  (a) In lieu of personal delivery of a copy of the summons
and complaint to the person to be served as specified in Section
416.10, 416.20, 416.30, 416.40, or 416.50, a summons may be served by
leaving a copy of the summons and complaint during usual office
hours in his or her office or, if no physical address is known, at
his or her usual mailing address, other than a United States Postal
Service post office box, with the person who is apparently in charge
thereof, and by thereafter mailing a copy of the summons and
complaint by first-class mail, postage prepaid to the person to be
served at the place where a copy of the summons and complaint were
left.  When service is effected by leaving a copy of the summons and
complaint at a mailing address, it shall be left with a person at
least 18 years of age, who shall be informed of the contents thereof.
    Service of a summons in this manner is deemed complete on the 10th
day after the mailing.
    (b) If a copy of the summons and complaint cannot with reasonable
diligence be personally delivered to the person to be served, as
specified in Section 416.60, 416.70, 416.80, or 416.90, a summons may
be served by leaving a copy of the summons and complaint at the
person's dwelling house, usual place of abode, usual place of
business, or usual mailing address other than a United States Postal
Service post office box, in the presence of a competent member of the
household or a person apparently in charge of his or her office,
place of business, or usual mailing address other than a United
States Postal Service post office box, at least 18 years of age, who
shall be informed of the contents thereof, and by thereafter mailing
a copy of the summons and of the complaint by first-class mail,
postage prepaid to the person to be served at the place where a copy
of the summons and complaint were left.  Service of a summons in this
manner is deemed complete on the 10th day after the mailing.


415.21.  (a) Notwithstanding any other provision of law, any person
shall be granted access to a gated community for a reasonable period
of time for the purpose of performing lawful service of process or
service of a subpoena, upon identifying to the guard the person or
persons to be served, and upon displaying a current driver's license
or other identification, and one of the following:
    (1) A badge or other confirmation that the individual is acting in
his or her capacity as a representative of a county sheriff or
marshal.

Exhibit L
Page 31

Exhibit M

(2) Evidence of current registration as a process server pursuant to Chapter 16 (commencing with Section 22350) of Division 8 of the Business and Professions Code.
    (b) This section shall only apply to a gated community that is staffed at the time service of process is attempted by a guard or other security personnel assigned to control access to the community.


415.30.  (a) A summons may be served by mail as provided in this section.  A copy of the summons and of the complaint shall be mailed (by first-class mail or airmail, postage prepaid) to the person to be served, together with two copies of the notice and acknowledgment provided for in subdivision (b) and a return envelope, postage prepaid, addressed to the sender.
    (b) The notice specified in subdivision (a) shall be in substantially the following form:

        (Title of court and cause, with action number, to be inserted by the sender prior to mailing)

        NOTICE

    To:  (Here state the name of the person to be served.)
    This summons is served pursuant to Section 415.30 of the California Code of Civil Procedure.  Failure to complete this form and return it to the sender within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons upon you in any other manner permitted by law.  If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed in the name of such entity by you or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons.  Section 415.30 provides that this summons is deemed served on the date of execution of an acknowledgment of receipt of summons.

                            _____
                            Signature of sender

        ACKNOWLEDGMENT OF RECEIPT OF SUMMONS

    This acknowledges receipt on (insert date) of a copy of the summons and of the complaint at (insert address).

                        Date: _____
                            (Date this acknowledgement
                                is executed)

                        _____
                        Signature of person acknowledging
                        receipt, with title if acknowledgment
                        is made on behalf of another person

    (c) Service of a summons pursuant to this section is deemed complete on the date a written acknowledgement of receipt of summons is executed, if such acknowledgement thereafter is returned to the sender.
    (d) If the person to whom a copy of the summons and of the

Exhibit M
Page 32

complaint are mailed pursuant to this section fails to complete and
return the acknowledgement form set forth in subdivision (b) within
20 days from the date of such mailing, the party to whom the summons
was mailed shall be liable for reasonable expenses thereafter
incurred in serving or attempting to serve the party by another
method permitted by this chapter, and, except for good cause shown,
the court in which the action is pending, upon motion, with or
without notice, shall award the party such expenses whether or not he
is otherwise entitled to recover his costs in the action.
   (e) A notice or acknowledgment of receipt in form approved by the
Judicial Council is deemed to comply with this section.


415.40. A summons may be served on a person outside this state in
any manner provided by this article or by sending a copy of the
summons and of the complaint to the person to be served by
first-class mail, postage prepaid, requiring a return receipt.
Service of a summons by this form of mail is deemed complete on the
10th day after such mailing.


415.45. (a) A summons in an action for unlawful detainer of real
property may be served by posting if upon affidavit it appears to the
satisfaction of the court in which the action is pending that the
party to be served cannot with reasonable diligence be served in any
manner specified in this article other than publication and that:
   (1) A cause of action exists against the party upon whom service
is to be made or he is a necessary or proper party to the action; or
   (2) The party to be served has or claims an interest in real
property in this state that is subject to the jurisdiction of the
court or the relief demanded in the action consists wholly or in part
in excluding such party from any interest in such property.
   (b) The court shall order the summons to be posted on the premises
in a manner most likely to give actual notice to the party to be
served and direct that a copy of the summons and of the complaint be
forthwith mailed by certified mail to such party at his last known
address.
   (c) Service of summons in this manner is deemed complete on the
10th day after posting and mailing.
   (d) Notwithstanding an order for posting of the summons, a summons
may be served in any other manner authorized by this article, except
publication, in which event such service shall supersede any posted
summons.


415.46. (a) In addition to the service of a summons and complaint
in an action for unlawful detainer upon a tenant and subtenant, if
any, as prescribed by this article, a prejudgment claim of right to
possession may also be served on any person who appears to be or who
may claim to have occupied the premises at the time of the filing of
the action. Service upon occupants shall be made pursuant to
subdivision (c) by serving a copy of a prejudgment claim of right to
possession, as specified in subdivision (f), attached to a copy of
the summons and complaint at the same time service is made upon the
tenant and subtenant, if any.
   (b) Service of the prejudgment claim of right to possession in
this manner shall be effected by a marshal, sheriff, or registered
process server.

Exhibit M
Page 33