DAVID J. STEELE, CA Bar No. 209797
Email: david.steele@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

SARAH B. DEUTSCH (Admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com
VERIZON CORPORATE SERVICES CORP.
1515 North Court House Road, Suite 500
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.;<br>VERIZON TRADEMARK SERVICES LLC;<br>and VERIZON LICENSING COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br>      Defendants. | Case No. CV 08-02832 JF<br><br>**DECLARATION OF JASON SMITH IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF DEFENDANT ONLINENIC INC. BY DELIVERY OF SUMMONS AND COMPLAINT TO CALIFORNIA SECRETARY OF STATE**<br><br>Hon. Jeremy Fogel |

Declaration of Jason Smith re Service    - 1 -
Case No. CV 08-02832 JF

CHRISTIE, PARKER & HALE, LLP

I, Jason Smith, declare as follows:

1. My name is Jason Smith. I am of legal age and sound mind, and I am competent to make this declaration.

2. I am a professional process server employed by County Legal & Notary Service in San Jose, California, and regularly serve legal documents in the greater San Francisco area.

3. I am not a party to the above-captioned litigation.

4. On June 24, 2008, I attempted to personally serve the Complaint, Summons, and related court documents in the above-captioned case on OnlineNIC Inc., a corporation, or on Rex Liu ("Liu"), as the Designated Agent for OnlineNIC Inc., at 2315 26th Avenue, San Francisco, California ("2315 26th Avenue").

5. The property located at 2315 26th Avenue is a residence. The person who answered the door at 2315 26th Avenue indicated that they were the current tenant of the residence. This person further indicated that Liu was the landlord and owner of 2315 26th Avenue. The tenant further informed me that OnlineNIC Inc. did not conduct business at 2315 26th Avenue, and that Liu did not conduct business or reside at the property. The tenant stated that she sent monthly rental payments to Liu at a post office box in Oakland, California.

6. On June 27, 2008, I was instructed to serve the Complaint, Summons, and related documents in the above-captioned case on OnlineNIC Inc. or Liu at 351 Embarcadero, Oakland, California ("351 Embarcadero").

7. The property located at 351 Embarcadero appeared to be a warehouse housing two businesses, Golden State Diesel Marine and 1-800-Radiator. Upon entering the property, I was met by a secretary and an individual who appeared to be an employee for 1-800-Radiator (the "Employee"). The Employee refused to give his name, and indicated that he had no knowledge of OnlineNIC Inc. conducting business at the property. The Employee suggested that Liu was his superior, but provided no specifics as to Liu's relationship with 1-800-Radiator. The Employee indicated that he would be able to leave any documents in Liu's office, but that he did not know when Liu would be available at the property. Unable to serve Liu personally, I

Declaration of Jason Smith re Service                - 2 -
Case No. CV 08-02832 JF

CHRISTIE, PARKER & HALE, LLP

left the Complaint, Summons, and related documents in the above-captioned case with the the Employee and request he deliver them to Liu.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of August 2008 in San Jose, California.

_____
Jason Smith

LLB IRV1114812.2-*-08/21/08 1:07 PM

Declaration of Jason Smith re Service         - 3 -
Case No. CV 08-02832 JF

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DECLARATION OF JASON SMITH IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF DEFENDANT ONLINENIC INC. BY DELIVERY OF SUMMONS AND COMPLAINT TO CALIFORNIA SECRETARY OF STATE** was served on the party(ies) in this action via facsimile, electronic mail, and first-class mail, postage prepaid, certified, return receipt, addressed as follows:

| | |
|---|---|
| Rex W. Liu<br>ONLINENIC INC.<br>2315 26th Avenue<br>San Francisco, CA  94116 | Rex W. Liu<br>ONLINENIC INC.<br>351 Embarcadero E.<br>Oakland, CA  94606 |
| | Fax:  1-510-769-8487<br>Email: cs-us@OnlineNIC.com |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 3, 2008 at Newport Beach, California.

    /s/ Linda L. Bolter

CHRISTIE, PARKER & HALE, LLP