**DAVID J. STEELE, CA Bar No. 209797**
Email:  david.steele@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA  92660
Telephone: (949) 476-0757
Facsimile:  (949) 476-8640

**HOWARD A. KROLL, CA Bar No. 100981**
Email:  howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 W. Colorado Boulevard, Suite 500
Pasadena, CA  91105
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
Email:  sarah.b.deutsch@verizon.com
**VERIZON CORPORATE SERVICES CORP.**
1515 North Court House Road, Suite 500
Arlington, VA  22201
Telephone: (703) 351-3044
Facsimile:  (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV-08-2832-JF<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION TO RESCHEDULE SEPTEMBER 19, 2008 CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2008**<br><br>*Currently Scheduled for:*<br>    DATE: September 19, 2008<br>    TIME:   10:30 a.m.<br>    CTRM: 3, 5th Floor<br><br>*Proposed:*<br>    DATE: December 5, 2008<br>    TIME:   10:30 a.m.<br>    CTRM: 3, 5th Floor<br><br>**Hon. Jeremy Fogel** |

Plaintiffs' *Ex Parte* Application to
Reschedule Case Mgmt. Conference          -1-
Case No. CV-08-2832-JF

CHRISTIE, PARKER & HALE, LLP

1  Plaintiffs, VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY (collectively "Plaintiffs"), by and through their attorneys, Christie, Parker & Hale, LLP, request the Court reschedule the September 19, 2008 case management conference to December 5, 2008 because Plaintiffs, despite reasonable diligence, have been unable to effect service of the summons and the complaint on OnlineNIC Inc. ("Defendant").

Plaintiffs file this Application *ex parte* because they have been unable to serve Defendant. Neither Defendant nor counsel for Defendant has contacted Plaintiff's counsel regarding this suit despite that Defendant's designated agent and Chief Financial Officer received a copy of the complaint, summons, and related court documents. Plaintiff will attempt to deliver a copy of this Application to Defendant using first class mail to an address listed by Defendant for receiving mail, to facsimile using a facsimile number listed by Defendant on their website for receiving facsimile messages, and via electronic mail using an electronic mail address listed by Defendant on their website for receiving electronic mail.

Since Plaintiffs have been unable to make contact with Defendant, Plaintiff could not advise Defendant's counsel pursuant to Local Rule 7-19.1 regarding this Application.

Federal Rules of Civil Procedure Rule 16(b)(4) states that, "[a] schedule may be modified only for good cause and with the judge's consent." Plaintiffs have attempted with reasonable diligence to serve Defendant with the summons and complaint in this action. Plaintiffs have also attempted, with reasonable diligence to serve the Defendant's designated agent. To date, these efforts have failed.

Plaintiffs outline their attempts at service in further detail in the concurrently filed *Ex Parte* Application For An Order Authorizing Service By Hand Delivery Of The Summons And Complaint To The California Secretary of State. Briefly, Plaintiffs attempted to serve Defendant using a professional process server at the address Defendant listed with the California Secretary of State. Unfortunately, the listed address was not a valid address for Defendant. Plaintiffs conducted additional research in an attempt to locate Defendant's current address and identified two additional potential addresses. The first address, however, did not

Plaintiffs' *Ex Parte* Application to
Reschedule Case Mgmt. Conference     -2-
Case No. CV-08-2832-JF

CHRISTIE, PARKER & HALE, LLP

**1**   appear to be a valid address for Defendant. It is unclear whether the second address, despite
**2**   being listed by Defendant on its website, was a valid address for Defendant because persons
**3**   working at that location claimed they were unaware of Defendant and that Defendant did not
**4**   conduct business at the address.

**5**        Plaintiffs also attempted to serve Defendant's designated agent at the address Defendant
**6**   listed with the California Secretary of State[1] using a professional process server, but, the
**7**   designated agent was not located at that address. The professional process server was supplied
**8**   with an additional possible business address for Defendant, however, attempts to personally
**9**   serve Defendant or Defendant's designated agent at that address have also failed.

**10**       Plaintiffs have also mailed waivers of service, along with the summons and complaint,
**11**  to Defendant at the address listed with the California Secretary of State, as well as an additional
**12**  potential address of Defendant's business. The mailing to the address Defendant listed with the
**13**  California Secretary of State was signed for by an unknown individual. The mailing to
**14**  Defendant's additional address appears to have been signed for by Defendant's designated
**15**  agent, however, the validity of the address (and hence the authenticity of the signature) remains
**16**  suspect. Defendant have not returned the waiver[2], nor made any contact with Plaintiffs.

**17**       Since Plaintiffs cannot effectuate service on Defendant despite its diligent efforts,
**18**  Plaintiffs are filing, concurrent with this Application, an *ex parte* Application for an order
**19**  authorizing service by hand delivery of the summons and complaint to the California Secretary
**20**  of State.

**21**       In view of the above information, and to allow Plaintiffs to effect service of the
**22**  summons and the complaint on Defendant, allow time for Defendant to answer, and coordinate
**23**  with the trial schedule of Plaintiff's counsel, Plaintiffs respectfully request the Court reschedule
**24**  / / /
**25**  / / /
**26**  / / /
**27**
**28**

---

[1] The address Defendant lists for its designated agent is the same address listed for Defendant.
[2] Return of the waiver of server is not due until September 14, 2008.

Plaintiffs' *Ex Parte* Application to
Reschedule Case Mgmt. Conference          -3-
Case No. CV-08-2832-JF

1  the September 19, 2008 Case Management Conference to December 5, 2008, or to a day
2  thereafter which is convenient for the Court.
3
4                                         CHRISTIE, PARKER & HALE, LLP
5
   DATED: September 3, 2008         By  /s/ David J. Steele
6                                        David J. Steele
                                         Howard A. Kroll
7
                                         Attorneys for Plaintiffs
8                                        VERIZON CALIFORNIA INC.
                                         VERIZON TRADEMARK SERVICES LLC
9                                        VERIZON LICENSING COMPANY
10
11
12  LLB IRV1115077.2-*-09/3/08 1:10 PM

Plaintiffs' *Ex Parte* Application to
Reschedule Case Mgmt. Conference         -4-
Case No. CV-08-2832-JF

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **PLAINTIFFS' *EX PARTE* APPLICATION TO RESCHEDULE SEPTEMBER 19, 2008 CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2008** was served on the party(ies) in this action via facsimile, electronic mail, and first-class mail, postage prepaid, certified, return receipt, addressed as follows:

| | |
|---|---|
| Rex W. Liu<br>ONLINENIC INC.<br>2315 26th Avenue<br>San Francisco, CA  94116 | Rex W. Liu<br>ONLINENIC INC.<br>351 Embarcadero E.<br>Oakland, CA  94606<br><br>Fax:  1-510-769-8487<br>Email: cs-us@OnlineNIC.com |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 3, 2008 at Newport Beach, California.

/s/ Linda L. Bolter

| | |
|---|---|
| 1 | **DAVID J. STEELE, CA Bar No. 209797**<br>Email:  david.steele@cph.com |
| 2 | **CHRISTIE, PARKER & HALE, LLP**<br>**3501 Jamboree Road, Suite 6000-North Tower** |
| 3 | **Newport Beach, CA  92660**<br>Telephone: (949) 476-0757 |
| 4 | Facsimile:  (949) 476-8640 |
| 5 | **HOWARD A. KROLL, CA Bar No. 100981**<br>Email:  howard.kroll@cph.com |
| 6 | **CHRISTIE, PARKER & HALE, LLP**<br>**350 W. Colorado Boulevard, Suite 500** |
| 7 | **Pasadena, CA  91105**<br>Telephone: (626) 795-9900 |
| 8 | Facsimile:  (626) 577-8800 |
| 9 | **SARAH B. DEUTSCH (Admitted *pro hac vice*)**<br>Email:  sarah.b.deutsch@verizon.com |
| 10 | **VERIZON CORPORATE SERVICES CORP.**<br>**1515 North Court House Road, Suite 500** |
| 11 | **Arlington, VA  22201**<br>Telephone: (703) 351-3044 |
| 12 | Facsimile:  (703) 351-3670 |
| 13 | Attorneys for Plaintiffs<br>VERIZON CALIFORNIA INC. |
| 14 | VERIZON TRADEMARK SERVICES LLC<br>VERIZON LICENSING COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV-08-2832-JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO RESCHEDULE SEPTEMBER 19, 2008 CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2008**<br><br>*Currently Scheduled for:*<br>     DATE:  September 19, 2008<br>     TIME:   10:30 a.m.<br>     CTRM: 3, 5th Floor<br><br>*Proposed:*<br>     DATE:  December 5, 2008<br>     TIME:   10:30 a.m.<br>     CTRM: 3, 5th Floor<br><br>Hon. Jeremy Fogel |

[Proposed] Order Granting Pltfs' *Ex Parte* App. to Reschedule Case Mgmt. Conf.     -1-
Case No. CV-08-2832-JF

CHRISTIE, PARKER & HALE, LLP

1  WHEREAS Plaintiffs VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, AND VERIZON LICENSING COMPANY (collectively "Plaintiffs"), despite reasonable diligence, have been unable to effectuate service of process on ONLINENIC INC. ("Defendant");

WHEREAS the Case Management Conference is currently set for September 19, 2008;

WHEREAS Defendant has not yet made an appearance in this case;

WHEREAS Plaintiffs have requested the Case Management Conference be rescheduled to December 5, 2008, or to a day thereafter which is convenient for the Court, to allow for service of process on Defendant;

IT IS HEREBY ORDERED THAT Plaintiffs' Ex Parte Application To Reschedule Case Management Conference until December 5, 2008 at 10:30 am in Courtroom 3, 5th Floor, is GRANTED.

**IT IS SO ORDERED.**

DATED:_____

Jeremy Fogel
United States District Judge

LLB IRV1115081.1-*-09/3/08 2:51 PM

[Proposed] Order Granting Pltfs' *Ex Parte*
App. to Reschedule Case Mgmt. Conf.       -2-
Case No. CV-08-2832-JF

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on September 3, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO RESCHEDULE SEPTEMBER 19, 2008 CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2008** was served on the party(ies) in this action via facsimile, electronic mail, and first-class mail, postage prepaid, certified, return receipt, addressed as follows:

| | |
|---|---|
| Rex W. Liu<br>ONLINENIC INC.<br>2315 26th Avenue<br>San Francisco, CA  94116 | Rex W. Liu<br>ONLINENIC INC.<br>351 Embarcadero E.<br>Oakland, CA  94606<br><br>Fax:  1-510-769-8487<br>Email: cs-us@OnlineNIC.com |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 3, 2008 at Newport Beach, California.

       /s/ Linda L. Bolter

CHRISTIE, PARKER & HALE, LLP