1  **DAVID J. STEELE, CA Bar No. 209797**
   Email: david.steele@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   3501 Jamboree Road, Suite 6000-North Tower
3  Newport Beach, CA 92660
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  **HOWARD A. KROLL, CA Bar No. 100981**
   Email: howard.kroll@cph.com
6  **CHRISTIE, PARKER & HALE, LLP**
   350 W. Colorado Boulevard, Suite 500
7  Pasadena, CA 91105
   Telephone: (626) 795-9900
8  Facsimile: (626) 577-8800

9  **SARAH B. DEUTSCH (Admitted *pro hac vice*)**
   Email: sarah.b.deutsch@verizon.com
10 **VERIZON CORPORATE SERVICES CORP.**
   1515 North Court House Road, Suite 500
11 Arlington, VA 22201
   Telephone: (703) 351-3044
12 Facsimile: (703) 351-3670

13 Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.
14 VERIZON TRADEMARK SERVICES LLC
   VERIZON LICENSING COMPANY

15

16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17                          SAN JOSE DIVISION

| 18 | VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, | Case No. CV-08-2832-JF |
|---|---|---|
| 19 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO RESCHEDULE SEPTEMBER 19, 2008 CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2008** |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | ONLINENIC INC.; and DOES 1-10, | |
| 23 | Defendants. | *Currently Scheduled for:*<br>    DATE: September 19, 2008<br>    TIME: 10:30 a.m.<br>    CTRM: 3, 5th Floor |
| 24 | | |
| 25 | | *Proposed:*<br>    DATE: December 5, 2008<br>    TIME: 10:30 a.m.<br>    CTRM: 3, 5th Floor |
| 26 | | |
| 27 | | Hon. Jeremy Fogel |
| 28 | | |

[Proposed] Order Granting Pltfs' *Ex Parte*
App. to Reschedule Case Mgmt. Conf.       -1-
Case No. CV-08-2832-JF

CHRISTIE, PARKER & HALE, LLP

1  WHEREAS Plaintiffs VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, AND VERIZON LICENSING COMPANY (collectively "Plaintiffs"), despite reasonable diligence, have been unable to effectuate service of process on ONLINENIC INC. ("Defendant");

WHEREAS the Case Management Conference is currently set for September 19, 2008;

WHEREAS Defendant has not yet made an appearance in this case;

WHEREAS Plaintiffs have requested the Case Management Conference be rescheduled to December 5, 2008, or to a day thereafter which is convenient for the Court, to allow for service of process on Defendant;

IT IS HEREBY ORDERED THAT Plaintiffs' Ex Parte Application To Reschedule Case Management Conference until December 5, 2008 at 10:30 am in Courtroom 3, 5th Floor, is GRANTED.

**IT IS SO ORDERED.**

DATED: 9/5/08

Jeremy Fogel
United States District Judge

LLB IRV1115081.1-*-09/3/08 2:51 PM

[Proposed] Order Granting Pltfs' *Ex Parte*
App. to Reschedule Case Mgmt. Conf.     -2-
Case No. CV-08-2832-JF

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on September 3, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO RESCHEDULE SEPTEMBER 19, 2008 CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2008** was served on the party(ies) in this action via facsimile, electronic mail, and first-class mail, postage prepaid, certified, return receipt, addressed as follows:

| | |
|---|---|
| Rex W. Liu<br>ONLINENIC INC.<br>2315 26th Avenue<br>San Francisco, CA  94116 | Rex W. Liu<br>ONLINENIC INC.<br>351 Embarcadero E.<br>Oakland, CA  94606<br><br>Fax:  1-510-769-8487<br>Email: cs-us@OnlineNIC.com |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 3, 2008 at Newport Beach, California.

    /s/ Linda L. Bolter