1

2                                                                    **E-Filed 12/19/2008**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11    VERIZON CALIFORNIA INC., et al.,              Case Number C 08-2832 JF (RS)

12                          Plaintiffs,             JUDGMENT

13             v.

14    ONLINENIC INC., et al.,

15                          Defendants.

16

17

18        Plaintiffs' application for default judgment having been granted, IT IS HEREBY

19   ORDERED that judgment is entered in favor of Plaintiffs.  IT IS FURTHER ORDERED that

20   Plaintiff is (1) awarded $31.15 million in damages; (2) transfer of all of Defendant's domain

21   names that are identical to or confusingly similar to Plaintiffs' marks; and (3) Defendant and its

22   affiliates are permanently enjoined from all activities related to Plaintiffs' marks.

         The Clerk of the Court shall close the file.

23

24

25   DATED: December 19, 2008

26                                            _____
                                              JEREMY FOGEL
27                                            United States District Judge

28

Case No. C 08-2832 JF (RS)
ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT
(JFLC1)

1   This Order has been served upon the following persons:

2   David Jefferson Steele    david.steele@cph.com

3   Howard Alan Kroll    howard.kroll@cph.com

    Sarah B. Deutsch    sarah.b.deutsch@verizon.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-2832 JF (RS)
ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT
(JFLC1)