**E-Filed 1/5/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC., et al., | Case Number C 08-2832 JF (RS) |
| Plaintiffs, | ORDER AMENDING JUDGMENT |
| v. | |
| ONLINENIC INC., et al., | |
| Defendants. | |

On December 19, 2008, the Court entered judgment in the above-captioned matter. IT IS HEREBY ORDERED that the judgment is AMENDED to correct a typographical error with respect to the damages award, such that damages awarded now reads "$33.15 million." Interest shall accrue from the date of the original judgment.

DATED: December 24, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-2832 JF (RS)
ORDER AMENDING JUDGMENT
(JFLC1)

1  This Order has been served upon the following persons:

2  David Jefferson Steele    david.steele@cph.com

3  Howard Alan Kroll    howard.kroll@cph.com

   Sarah B. Deutsch    sarah.b.deutsch@verizon.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-2832 JF (RS)
ORDER AMENDING JUDGMENT
(JFLC1)