Perry J. Narancic, SBN 206820
Narancic & Katzman, PC
325 Sharon Park Drive, #736
Menlo Park, CA 94025
www.nk-pc.com
pnarancic@nk-pc.com
Tel:   650-814-7688
Fax:  650-618-2700

Attorneys for Defendant
ONLINENIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNA, INC.;<br>VERIZON TRADEMARK SERVICES LLC;<br>And VERIZON LICENSING COMPANY,<br><br>                                        Plaintiffs,<br><br>    v.<br><br>ONLINENIC, INC; and DOES 1-10,<br><br>                                       Defendants. | Case No.:08-02832<br><br>**NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO SHORTEN TIME FOR HEARING AND STAY PLAINTIFF'S MOTION FOR APPOINTMENT OF A RECEIVER**<br><br>Date:<br><br>Time:<br><br>Courtroom: 3, 5th Floor<br>Hon. Jeremy Fogel |

**TO:  PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE THAT** Defendant OnlineNIC hereby moves *ex parte* to shorten time for the hearing of its Motion to Set Aside Default Judgment, which is filed contemporaneously herewith, and other relief requested herein.  It is requested that the Motion to Set Aside Default

VERIZON V. ONLINENIC – CASE NO. 08-02832
NOTICE OF EX PARTE MOTION TO SHORTEN TIME FOR HEARING
DEFENDANTS MOTION TO SET ASIDE DEFAULT JUDGMENT AND OTHER
RELIEF

NARANCIC & KATZMAN, PC
325 SHARON PARK DRIVE, #736
MENLO PARK, CA 94025
WWW.NK-PC.COM

PAGE 1 OF 2

Judgment be heard on Friday March 13, 2009 at 9:00 am, or as soon thereafter as the matter may be heard.

Although Plaintiffs were provided notice of this Motion on Feb 19, 2009, and provided notice of Defendant's Motion to Set Aside Judgment on February 5, 2009, this Motion is made ex parte because Plaintiffs' have refused to stay their motion for an order appointing a receiver to execute the default judgment (which was filed after Defendant OnlineNIC provided notice of its intent to file a Motion to Set Aside Judgment), which is scheduled for hearing on February 27, 2009. In order to prevent irreparable harm to OnlineNIC from the appointment of a receiver prior to adjudication of its Motion to Set Aside Default Judgment, and to minimize any possible prejudice to Plaintiffs arising from a 2 week delay in its motion for appointment of a receiver – Defendant OnlineNIC respectfully request an order:

a. setting the hearing for Defendant's Motion to Set Aside Judgment at the earliest opportunity,

b. staying the Plaintiffs' hearing on its Motion to Appoint a Receiver, until the Motion to Set Aside Judgment can be adjudicated,

This motion is based on this notice of motion and motion, the Memorandum of Points and Authorities in Support of Defendant's Motion to Set Aside Default Judgment , the Declaration of Rex Liu in Support of Defendant's Motion to Set Aside Default Judgment, and the Declaration of Perry J. Narancic Defendant's Motion to Set Aside Default Judgment, each of which is filed and served herewith and upon the papers, records and pleadings on file in this action.

Respectfully submitted,

NARANCIC & KATZMAN, PC

DATED: February 24, 2009              /s/ Perry J. Narancic

                                      Perry J. Narancic

VERIZON V. ONLINENIC – CASE NO. 08-02832
NOTICE OF EX PARTE MOTION TO SHORTEN TIME FOR HEARING
DEFENDANTS MOTION TO SET ASIDE DEFAULT JUDGMENT AND OTHER RELIEF

NARANCIC & KATZMAN, PC
325 SHARON PARK DRIVE, #736
MENLO PARK, CA 94025
WWW.NK-PC.COM

PAGE 2 OF 2