DAVID J. STEELE, CA Bar No. 209797
Email: david.steele@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

SARAH B. DEUTSCH (Admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com
VERIZON CORPORATE SERVICES CORP.
1320 North Court House Road, Suite 900
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

**E-Filed 3/11/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV-08-2832-JF<br><br>[~~PROPOSED~~] **INJUNCTION**<br><br>**Hon. Jeremy Fogel** |

[*Proposed*] Injunction
Case No. CV-08-2832-JF                                                        -1-

**IT IS HEREBY ORDERED THAT** Defendant OnlineNIC Inc. ("OnlineNIC"), and OnlineNIC's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, directly or indirectly, is prohibited from:

    1.    transferring, or allowing the transfer of any assets;

    2.    destroying, altering, secreting, transferring, or otherwise disposing of any records of their business activities, whether on paper, in electronic format, or in any other medium, and including without limitation all accounting records and all logs or other documents relating to selecting, registering, trafficking in, monetizing, relating, assigning, renewing, deleting, transferring, using and maintaining its domain names;

    3.    allowing any records of their business activities relating to selecting, registering, trafficking in, monetizing, relating, assigning, renewing, deleting, transferring, using and maintaining its domain names to be destroyed, altered, secreted, transferred, or otherwise disposed of in the course of business or business activities, and shall instead take all affirmative steps necessary to capture and record all such records, whether by copying, collection, backup, or otherwise, either on paper, in electronic format, or in any other medium;

    4.    transferring, releasing, deleting, or assigning any domain names;

    5.    changing the companies or customer identification numbers used to generate any monies from any of the domain names; and

    6.    assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 1-5 above,

This injunction shall not apply to transactions required in the ordinary course of lawful business which are made in good faith and which do not deprive Plaintiffs of their ability to satisfy their judgment.

**IT IS SO ORDERED.**

DATED: 3/11/09

/s/ Jeremy Fogel
Jeremy Fogel
United States District Judge

LLB IRV1116526.1-*-02/27/09 5:00 PM

[*Proposed*] Injunction
Case No. CV-08-2832-JF    -2-

CHRISTIE, PARKER & HALE, LLP