**E-Filed 03/13/2009**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>    Defendants. | Case Number C 08-2832 JF (RS)<br><br>ORDER[1] TO SUBMIT ATTORNEYS' FEES AND COSTS<br><br>[re: docket no. 61] |

    Without prejudice to the arguments of either party, the Court requests that Verizon submit within five(5) court days, a supplementary declaration detailing all fees and costs claimed in connection with the default judgment against Defendants.

IT IS SO ORDERED.

DATED: March 13, 2009

*/s/ Jeremy Fogel*
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 08-2832 JF (RS)
ORDER TO SUBMIT ATTORNEY'S FEES AND COSTS
(JFEx2)

1  This Order has been served upon the following persons:
2  David Jefferson Steele     david.steele@cph.com, djslit@cph.com

3  Gary Scott Dukarich        gsd@cph.com, kristen.geraci@cph.com

4  Howard Alan Kroll          howard.kroll@cph.com, susan.lovelace@cph.com

5
   Perry J. Narancic          pnarancic@nk-pc.com
6
   Sarah B. Deutsch           sarah.b.deutsch@verizon.com
7
8  Scott R. Mosko             scott.mosko@finnegan.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Case No. C 08-2832 JF (RS)
ORDER TO SUBMIT ATTORNEY'S FEES AND COSTS
(JFEx2)