**E-Filed 3/16/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC., et al., | Case Number C 08-2832 JF (RS) |
| Plaintiffs, | ORDER[1] GRANTING MOTION TO SHORTEN TIME |
| v. | |
| ONLINENIC INC., et al., | [re: doc. no. 77] |
| Defendants. | |

Plaintiffs/Judgment Creditors Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Verizon") move to shorten time for briefing and a hearing with respect to an emergency motion for an order to show cause regarding alleged contempt by Judgment Debtor/Defendant OnlineNIC Inc. ("OnlineNIC"). Counsel for Verizon has represented that the parties have an oral agreement to shorten the briefing schedule. In addition, Verizon has presented evidence in support of its allegation that OnlineNIC has violated the Court's order of March 11, 2009. Accordingly, the motion to shorten time will be GRANTED. OnlineNIC shall file its response to the contempt motion no later than Wednesday, March 18, 2009 and Verizon shall file any reply no later than Thursday, March 19, 2009. The

---

[1] This disposition is not designated for publication in the official reports.

1  hearing for the contempt motion shall be held on Monday, March 23, 2009, at 9:00 a.m.

3  IT IS SO ORDERED.

6  DATED: March 16, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-2832 JF (RS)
ORDER GRANTING MOTION TO SHORTEN TIME
(JFLC1)

1  This Order has been served upon the following persons:

2  David Jefferson Steele     david.steele@cph.com, djslit@cph.com

3
4  Gary Scott Dukarich     gsd@cph.com, kristen.geraci@cph.com

5  Howard Alan Kroll     howard.kroll@cph.com, susan.lovelace@cph.com

6
7  Perry J. Narancic     pnarancic@nk-pc.com

8  Sarah B. Deutsch     sarah.b.deutsch@verizon.com

9  Scott R. Mosko     scott.mosko@finnegan.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Case No. C 08-2832 JF (RS)
ORDER GRANTING MOTION TO SHORTEN TIME
(JFLC1)