\*\* E-filed 5/13/2009 \*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendant. | Case Number C 08-2832-JF RS<br><br>ORDER APPOINTING RECEIVER[1]<br><br>[re: docket nos. 99, 103, 104, 106] |

Good cause therefore appearing, IT IS HEREBY ORDERED that Bret A. Fausett, Esq. be appointed as a receiver ("Receiver") of Defendant OnlineNIC Inc. ("OnlineNIC") for the purpose of determining whether the transfers of domain names from OnlineNIC to any other registrar between February 27, 2009 and March 14, 2009 (the "Transferred Domains") violated the terms of any order issued by the Court.

To aid the Receiver in making this determination, OnlineNIC shall, within fourteen calendar days of the date this Order, provide the Receiver and Plaintiff's counsel with the following documents in their native electronic format:

1.     The daily transfer logs from any registry operator for each domain name

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-2832-JF (RS)
ORDER APPOINTING RECEIVER
(JFEx2)

       transferred from OnlineNIC to any other registrar from August 1, 2008 to March 14, 2009;

2. The WHOIS data for the registrant of the domain name seeking the transfer from OnlineNIC to any other registrar from August 1, 2008 to March 14, 2009;

3. A list of all domain names registered with OnlineNIC by that registrant;

4. The account data maintained by OnlineNIC for each OnlineNIC account from which a Transferred Domain was transferred;

5. A list of all domain names registered with OnlineNIC by that account holder; and

6. All written communication between OnlineNIC (including any officers, directors, employees, representatives, agents, an affiliated companies of OnlineNIC, and all other persons, firms or entities acting in concert or participating with OnlineNIC, either directly or indirectly) and the registrant or account holder relating to any request to transfer any domain name from OnlineNIC to any other registrar from August 1, 2008 to March 14, 2009.

The Receiver may request additional documentation from OnlineNIC if he believes that such documentation is reasonably necessary to aid him in his determination.  OnlineNIC shall provide such additional documents to the Receiver and counsel for Plaintiffs within one week following any request therefor.

The Receiver shall advise the Court if he concludes that the transfer of any domain name from OnlineNIC to any other registrar between February 27, 2009 and March 14, 2009 violated this Court's orders.

IT IS FURTHER ORDERED that the fees and costs of the Receiver's evaluation shall be paid by OnlineNIC.  Any fees and costs of the Receiver pursuant to the Modified Injunction issued concurrently herewith shall be paid by Plaintiffs, subject to this Court's jurisdiction to apportion these fees and costs at a later time.

1
2        IT IS SO ORDERED.
3
4   DATED: May 13, 2009
5                                                    _____
6                                                    JEREMY FOGEL
                                                     United States District Judge
7
8
...
28

3

Case No. C 08-2832-JF (RS)
ORDER APPOINTING RECEIVER
(JFEx2)

1   This Order has been served upon the following persons:

| | |
|---|---|
| David Jefferson Steele | david.steele@cph.com |
| | djslit@cph.com |
| Gary Scott Dukarich | gsd@cph.com |
| | kristen.geraci@cph.com |
| Howard Alan Kroll | howard.kroll@cph.com |
| | susan.lovelace@cph.com |
| Perry J. Narancic | pnarancic@nk-pc.com |
| Sarah B. Deutsch | sarah.b.deutsch@verizon.com |
| Scott R. Mosko | scott.mosko@finnegan.com |

4

Case No. C 08-2832-JF (RS)
ORDER APPOINTING RECEIVER
(JFEx2)