| | |
|---|---|
| **DAVID J. STEELE, CA Bar No. 209797**<br>Email:  djslit@cph.com<br>**CHRISTIE, PARKER & HALE, LLP**<br>**3501 Jamboree Road, Suite 6000-North Tower**<br>**Newport Beach, CA  92660**<br>Telephone: (949) 476-0757<br>Facsimile:  (949) 476-8640 | *E-Filed 8/11/09* |

**HOWARD A. KROLL, CA Bar No. 100981**
Email:  howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**350 W. Colorado Boulevard, Suite 500**
**Pasadena, CA  91105**
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
Email:  sarah.b.deutsch@verizon.com
**VERIZON CORPORATE SERVICES CORP.**
**1320 North Court House Road, Suite 900**
**Arlington, VA  22201**
Telephone: (703) 351-3044
Facsimile:  (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV-08-2832-JF<br><br>[PROPOSED] ORDER GRANTING *<br>STIPULATED BRIEFING SCHEDULE<br>RE HEARING TO PROVE UP<br>DEFAULT DAMAGES<br><br>*WITH MODIFICATIONS<br><br>DATE:     August 17, 2009<br>TIME:     9:00 a.m.<br>CTRM:    3, 5th Floor<br><br>Hon. Jeremy Fogel |

Case 5:08-cv-02832-JF   Document 142   Filed 08/11/09   Page 2 of 2

The Court having considered the parties' Stipulated Briefing Schedule re Hearing to Prove Up Default Damages and for good cause shown,

IT IS HEREBY ORDERED that:

1. The hearing to prove up damages shall be on Monday, August 17, 2009 at 9:00 a.m. in Courtroom 3, 5th Floor, of the U.S. District Courthouse in San Jose, California;

2. Defendant shall have until Wednesday, August 12, 2009 at 3 PM PDT to file opposition papers; and

3. Plaintiffs shall have until Thursday, August 13, 2009 at 9 PM PDT to file any reply papers.

**IT IS SO ORDERED.**

Dated: August 11, 2009          By: /s/ Jeremy Fogel
                                Jeremy Fogel
                                U.S. District Court Judge

[Proposed] Order Granting Stipulated Briefing Schedule re Hearing to Prove Up Damages     -2-
Case No. CV-08-2832-JF