**E-Filed 9/14/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV-08-2832-JF<br><br>[PROPOSED] ORDER FOR BRIEFING SCHEDULE RE MOTIONS TO STAY/APPOINT RECEIVER<br><br>Date: September 25, 2009<br>Time: 9:00 am<br>Ctrm: 3, 5th Fl.<br><br>Hon. Jeremy Fogel |

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Stay Pending Appeal, and Plaintiffs' Motion to Appoint a Receiver shall be heard at 9:00 AM, September 25, 2009, at Courtroom 3, 5th Fllor. San Jose, CA.;

2. Defendant shall file its moving papers no later than September 11, 2009;

3. Plaintiffs shall file their opposition and cross-motion on appointment of a receiver no later than noon, September 21, 2009;

4. Defendant shall file any reply no later than 3pm, September 23, 2009, and

1    5.   Any order appointing a receiver shall be automatically stayed for 10 days following
2    its entry.
3
4    IT IS SO ORDERED.
5
6
7    Dated: September __14__, 2009
8                                                          _____
9                                                          JEREMY FOGEL
                                                           United States District Judge