UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br>vs.<br><br>ONLINENIC INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV-08-2832-JF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW ALL PENDING MOTIONS AND VACATE MODIFIED INJUNCTION**<br><br>**Hon. Jeremy Fogel** |

Pursuant to the parties' Stipulation Regarding Withdrawal of All Pending Motions and Vacation of Modified Injunction and good cause appearing therefor,

**IT IS HEREBY ORDERED** that all motions currently pending before the Court have been withdrawn by the parties and are VACATED.

**IT IS FURTHER ORDERED** that the Modified Injunction [DE #108] is hereby VACATED.

Dated: 11/12/09 _____

Jeremy Fogel
United States District Judge

[Proposed] Order Granting Withdrawal of Pending
Motions & Vacating of Modified Injunction
Case No. CV-08-2832-JF                    -1-