FILED

NOV 25 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VERIZON CALIFORNIA INC.; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ONLINENIC INC; et al., <br><br> Defendants - Appellants. | No. 09-16974 <br><br> D.C. No. 5:08-cv-02832-JF <br> Northern District of California, <br> San Jose <br><br> ORDER |

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

mac/mediation